UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

JEROME MERRIWEATHER,

   Petitioner,

   v().

UNITED STATES OF AMERICA,

   Respondent.

Civil No. 19-cv-1268-JPG
Criminal No 15-cr-40046-JPG-006

## **JUDGMENT**

This matter having come before the Court, and the Court having rendered a decision,

IT IS HEREBY ORDERED AND ADJUDGED that petitioner Jerome Merriweather's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 is denied, that judgment is entered in favor of respondent United States of America and against petitioner Jerome Merriweather and that this case is dismissed with prejudice.

**DATED:** May 31, 2022       MONICA A. STUMP, Clerk of Court

                                         **s/Tina Gray, Deputy Clerk**

**Approved:**   s/ J. Phil Gilbert
               **J. PHIL GILBERT**
               **DISTRICT JUDGE**